
**Texas Education Agency**

September 21, 2010

Ms. Heather Bise
Deafness Resource Specialist
Department of Assistive and
Rehabilitative Services (DARS)
Region 3A (Dallas Metroplex)

Dear Ms. Bise,

I am in receipt of your correspondence regarding licensed commercial driver education schools and their ability to appropriately service the deaf population.  Licensed Texas Driver Education Schools are required to comply with state and federal laws pursuant to Texas Education Code Section 1001.204(7).  The Americans with Disabilities Act requires commercial entities to provide reasonable accommodations to people with disabilities.

The U.S. Department of Justice is the agency that is primarily responsible for the enforcement of the ADA.  The Agency relies on the DOJ's expertise in determining whether a school is out of compliance with the ADA.  In the event that the DOJ finds that a licensed commercial driver education school is out of compliance with the ADA, the Agency may exercise its enforcement authority to either compel the school to come into compliance or remove a non-compliant school's ability to operate.

If you would like to file this complaint with the DOJ, please forward it to:

U.S. Department of Justice
Civil Rights Division
N.W. Disability Rights Section – NYAV
950 Pennsylvania Avenue
Washington, D.C. 20530

Sincerely,

Victor Alegria, Director
Driver Training Division
Texas Education Agency
*1701 North Congress Avenue, Room 1-109*
*Austin, TX  78701-1494*
*p.  512-936-6778*
*f.  512-936-6799*
*Victor.Alegria@tea.state.tx.us*